UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TANGEE LEWIS,

Plaintiff,

v.

ROB BONTA, et al.,

Defendants.

No. 2:26-cv-01761-TLN-JDP

**ORDER**

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On June 30, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 14.) No objections were filed.[1]

Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations filed June 30, 2026 (ECF No. 14) are ADOPTED in

[1] Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

full;

2. Plaintiff's First Amended Complaint (ECF No. 6) is DISMISSED without leave to amend for failure to state a cognizable claim;

3. Plaintiff's Motion for Reconsideration (ECF No. 8) is DENIED; and

4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATE: November 9, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE